HUGO KLOTZ, PLAINTIFF, v. MICHAEL MANGO, DEFENDANT.

Submitted October term, 1927—Decided March 29, 1928.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and LLOYD.

For the rule, *William Newcorn.*

*Contra, Winfield S. Angleman.*

PER CURIAM.

This is plaintiff's rule for new trial, a verdict having been rendered in his favor for one dollar. The action was to recover for injuries to plaintiff's truck, growing out of a collision between the trucks of the plaintiff and the defendant.

The damage to the plaintiff's truck was substantial and the jury's finding is without rational explanation.

The rule for new trial is made absolute.